## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**MOSE ROSE**                                                          **PLAINTIFF**

**V.**                          **NO. 2:25-cv-00180-BSM-ERE**

**MITCH GRANT**                                                        **DEFENDANT**

## RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this RD. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

### II.    Background

*Pro se* plaintiff Mose Rose, formerly an inmate at the McGehee Criminal Justice Facility, filed this 42 U.S.C. § 1983 case. *Doc. 1*. I previously determined that Mr. Rose stated an Eighth Amendment medical deliberate indifference claim against Sheriff Mitch Grant. *Doc. 10*.

On December 1, 2025, Mr. Rose filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address.

*Doc. 11.* In light of his release, it was unclear whether Mr. Rose was still entitled to proceed IFP.[1]

On December 17, 2025, I directed the Clerk of Court to send Mr. Rose a free-world IFP application and ordered him to either: (1) return a completed IFP application; or (2) pay the $405.00 filing fee.[2] *Doc. 17.* The December 17, 2025 Order specifically warned Mr. Rose that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id.*

To date, Mr. Rose has not submitted a free-world IFP application, and the time to do so has passed.

## III.   <u>Conclusion</u>

IT IS THEREFORE RECOMMENDED THAT:

1.    Mr. Rose's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's December 17, 2025 Order; (2) submit a completed free-world IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.    The Clerk be instructed to close this case.

---

[1] According to Court records, Mr. Rose has not made any payments toward the filing fee assessed in November 2025. *Doc. 10.*

[2] Because Mr. Rose has been released, he no longer qualifies for the reduced fee of $350.00.

Dated 3 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE