**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MOSE ROSE**                                                                      **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00180-BSM**

**MITCH GRANT**                                                                  **DEFENDANT**

**ORDER**

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 18] is adopted and Mose Rose's claims are dismissed without prejudice for failure to comply with the December 17, 2025 order; failing to submit a completed free-world *in forma pauperis* application; and failure to prosecute.   Rose's motion for discovery [Doc. No. 19] is denied as moot.  The clerk is directed to close this case.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE