**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MOSE ROSE**                                                                                           **PLAINTIFF**

**v.**                                          **CASE NO. 2:25-CV-00180-BSM**

**MITCH GRANT**                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE